Ira Rosenzweig, appellee, v. Chas. T. Himm et al., appellants. Gen. No. 39,201.

Opinion filed May 4, 1937.

Allan R. Bloch, for appellants. Harold L. Eisenstein, for appellee; Gustav E. Beerly and John F. Diffenderffer, Jr., of counsel.

Mr. Presiding Justice John ·J. Sullivan delivered the opinion of the court.